# NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHROME HEARTS LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>RUNDOWN LA LLC, a California Limited Liability Company; DENNIS GALIN, an individual; FRANCISCO VALERIO, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: 2:25-cv-09812-SVW-PD<br><br>**~~[PROPOSED]~~ ORDER GRANTING STIPULATION RE PERMANENT INJUNCTION** |

WHEREAS Plaintiff Chrome Hearts LLC ("Chrome Hearts" or "Plaintiff") has filed a Complaint in this action against defendant Dennis Galin ("Defendant") and other defendants alleging Trademark Infringement, False Designations of Origin, Common Law Trademark Infringement and Unfair Competition, and Unfair Competition in Violation of Cal. Bus. & Prof. Code § 17200 *et seq.*, arising in part from Defendant's manufacture, production, distribution, promotion, advertisement, offering for sale, and/or sale of certain clothing products bearing identical, substantially indistinguishable, or confusingly similar reproductions of one or more of the Chrome

Hearts Marks (attached hereto and incorporated herein as Exhibit 1) (such products will hereinafter be referred to as "Accused Products."). Several exemplar photographs of the Accused Products are shown in ¶ 28 of the Complaint and reproduced below in Exhibit 2 for reference (with a new product added).

WHEREAS the Parties have entered into a Confidential Settlement Agreement to fully resolve all of the claims in this action among the Parties;

WHEREAS without any admission of liability, Defendant has agreed to consent to the below terms of a permanent injunction, and IS IT HEREBY ORDERED THAT:

1. Defendant and his agents, servants, employees and all entities and/or persons in active concert and participation with Defendant are hereby permanently restrained and enjoined from infringing upon the Chrome Hearts Marks, including, but not limited to:

a. manufacturing, purchasing, producing, distributing, circulating, selling, offering for sale, importing, exporting, advertising, promoting, displaying, shipping, marketing, or otherwise incorporate in advertising or marketing the Accused Products and/or any other products bearing marks that are identical, substantially indistinguishable, or confusingly similar to the Chrome Hearts Marks;

b. delivering, holding for sale, returning, transferring, or otherwise moving, storing, or disposing in any manner the Accused Products and/or any other products bearing marks that are identical, substantially indistinguishable, or confusingly similar to the Chrome Hearts Marks;

c. engaging in any other activity constituting unfair competition with Chrome Hearts, or acts and practices that deceive consumers, the public, and/or trade, including without limitation, the use of designations and design elements used or owned by or associated with Chrome Hearts;

d. committing any other act which falsely represents or which has the effect of falsely representing that the goods and services of Defendant are licensed by, authorized by, offered by, produced by, sponsored by, or in any other way associated

with Chrome Hearts; and

e. knowingly assisting, aiding, or attempting to assist or aid any other person or entity in performing any of the prohibited activities referred to in Paragraphs 1(a)-(d) above; and

f. knowingly affecting any transactions, assignments or transfers, or form new entities or associations to circumvent the prohibitions referred to in Paragraphs 1(a)-(d) above.

WHEREAS the Parties further stipulate to the following, and IT IS HEREBY FURTHER ORDERED THAT:

2. This Court has jurisdiction over the parties herein and has jurisdiction over the subject matter hereof pursuant to 15 U.S.C. § 1121.

3. The execution of this Stipulation/Order shall serve to bind and obligate the parties hereto.

4. Upon satisfaction of other obligations set forth in the Confidential Settlement Agreement and Release, the Parties will stipulate to, and Plaintiff will file a separate *Dismissal with Prejudice of the Civil Action*.

5. The jurisdiction of this Court is retained for the purpose of making any further orders necessary or proper for the enforcement of this Stipulation/Order.

**The Status Conference set for October 19, 2026, is hereby VACATED. This case is moved to the Court's inactive calendar. The Dismissal, as stated in the Status Report (docket 47), shall be filed within 7 days of this Order.**

**IT IS SO ORDERED.**

Dated: October 15, 2026

Hon. Stephen V. Wilson
United States District Judge

# EXHIBIT 1

| Chrome Hearts' Mark | U.S. Reg. No. | Reg. Date | Goods/Services |
|---|---|---|---|
|  **"CH Plus"** | 3,388,911 | 02/26/2008 | 025: Clothing, namely, tee shirts, shirts, tank tops, sweat shirts, sweat pants, sweaters and hats |
|  **"Hairy CH Cross"** | 3,267,866 | 07/24/2007 | 025: Clothing, namely, tee shirts, shirts, jackets, tank tops, sweaters, hats and sweatshirts. |
|  **"CH Plus Patch"** | 6,920,822 | 12/13/2022 | 025: Clothing, namely, pants, shirts, tee shirts, tank tops, sweatshirts, sweatpants, jeans, sweaters, jackets, coats, suits, dresses, vests, chaps, skirts, belts, swimwear, sleepwear, underwear, gloves, scarves, socks, headbands, hats, ties, knit face masks being headwear, lab coats and footwear |

| Chrome Hearts' Mark | U.S. Reg. No. | Reg. Date | Goods/Services |
|---|---|---|---|
|  "Cemetery Cross Patch" | 4,619,674 | 10/14/2014 | 025: Clothing, namely, tee shirts, shirts, tank tops, sweat shirts, sweat pants, vests, sweaters, jeans, pants, chaps, dresses, skirts, jackets, coats, underwear, swimwear, hats, socks and footwear. |
|  "CH Cross" | 3,606,059 | 4/14/2009 | 025: Clothing, namely, tee shirts, shirts, tank tops, sweaters, sweat shirts, sweat pants, jeans, pants, jackets, coats, and hats |

# EXHIBIT 2











RUNDOWN
LOS ANGELES


RUNDOWN
LOS ANGELES




Rundown LA T-Shirt Black/White
https://rundownlosangeles.com/products/rundown-la-t-shirt-black-white
RUNDOWN LOS ANGELES
SEARCH BY SIZE
What are you looking for?
RDLA MERCH ON SALE ITEMS! ACCESSORIES ADIDAS ASICS BEARBRICKS BORN X RAISED DENIM TEARS ESSENTIALS FEAR OF GOD GOD SPEED NEW YORK OFF WHITE KAWS BEANIES SUPREME KOBES NIKE
Homepage › Rundown LA T-Shirt Black/White
RUNDOWN LA T-SHIRT BLACK/WHITE
Rundown Los Angeles
Share
$40.00
Size
Shoe Size Chart
MEDIUM LARGE XLARGE 2XLARGE 3XLARGE
Free pickup at our Westfield Culver City Location
ADD TO CART
BUY IT NOW
Shop with confidence! Secure checkout and 100% authentic products guaranteed.
Message us